IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TIFFANY HOUSE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CONRAD COGGESHALL and DAVID E. ORR,<br><br>　　　　Defendants. | CV 25-46-M-DWM<br><br><br>ORDER |

　　On April 2, 2025, Defendant David E. Orr, proceeding pro se, removed this matter to this Court on the basis of diversity and federal question jurisdiction. (Doc. 1.) On April 16, 2025, Plaintiff Tiffany House moved to remand this case to state court. (Doc. 3.) In her motion, House states that she contacted Orr and he opposes. (*Id.* at 1.) However, Orr has not timely responded to the motion.

　　Accordingly, IT IS ORDERED that Orr will respond to the motion to remand, (Doc. 3), on or before June 12, 2025. A failure to respond may be deemed an admission that remand is appropriate, *see* L.R. 7.1(d)(1)(B)(ii).

　　DATED this 29th day of May, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Donald W. Molloy, District Judge
　　　　　　　　　　　　　　　　　　United States District Court