IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TIFFANY HOUSE,<br><br>    Plaintiff,<br><br>vs.<br><br>CONRAD COGGESHALL and<br>DAVID E. ORR,<br><br>    Defendants. | CV 25-46-M-DWM<br><br><br>JUDGMENT |

This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the Court's Order dated July 15, 2025, (Doc. 7). The above-entitled matter is dismissed.

Dated this 15th day of July, 2025.

TYLER P. GILMAN, CLERK

/s/ Tyler P. Gilman